### SCHLINKE v. SCHLINKE et al.
### No. 11131.

Court of Civil Appeals of Texas. San Antonio.

Dec. 3, 1941.

Tom Cheatham, of Cuero, for appellant.

Wayne L. Hartman, G. L. Patterson, N. M. Crain, T. A. Graves, and Otis

312

Scruggs, Jr., all of Cuero, and Denman, Franklin & Denman, of San Antonio, for appellees.

SMITH, Chief Justice.

In this cause the several parties have filed their joint motion to affirm the judgment from which the appeal was perfected, it being represented that the matters in controversy have been fully settled between the parties. Upon that premise, and without passing upon the merits of appeal, the motion will be granted and the judgment affirmed accordingly.